IN THE SUPERIOR COURT OF MORGAN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BASIL R. MINOTT | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action File No. SUCA2015000247 |
| MICHAEL J. MERRILL | ) ) ) |
| Defendant. | ) |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that Defendant Michael J. Merrill has removed the above-captioned case from this Court by filing a notice of removal with the Clerk of the United States District Court for the Middle District of Georgia, pursuant to 28 U.S.C. §§ 1332 and 1446. A copy of that notice of removal (and its attached exhibits) is attached hereto as <u>Exhibit A</u>. Pursuant to 28 U.S.C. §1446(d), "the state court shall proceed no further unless and until the case is remanded."

Respectfully submitted, this 6th day of January, 2016.

_____
MICHAEL N. LOEBL
Georgia Bar No. 455709

OF COUNSEL:

FULCHER HAGLER LLP
Post Office Box 1477
Augusta, GA 30903-1477
(706) 724-0171


DEFENDANT'S EXHIBIT 4

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the Notice of Filing of Notice of Removal by causing same to be placed in the U.S. mail, postage prepaid, to the following attorney(s) of record:

> Johnny G. Phillips
> Law Office of Johnny Phillips
> 37 Calumet Parkway, Suite K202
> Newnan, Georgia 30263

This 6th day of January, 2016.

_/s/ Michael Loebl_

Fulcher Hagler LLP
P.O. Box 1477
Augusta, GA 30903-1477
(706) 724-0171
mloebl@fulcherlaw.com