IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASIL R. MINOTT,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MERRILL,<br><br>Defendant, | CIVIL ACTION FILE NO.:<br>3:16-cv-00003 |

## FIRST AMENDED MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF TERMINATION OF COUNSEL IN SUPPORT OF MOTION AND NOTICE OF ATTORNEY'S LIEN

COMES NOT, Law Office of Johnny Phillips and the Law Offices of Shane Smith, P.C., and respectfully requests that this Honorable Court permit withdrawal of counsel on this matter and notifies this honorable Court and all parties that Plaintiff has terminated counsel of record on January 16, 2016. Mr. Minott has been provided a copy of his file in this matter, and the scheduling order of this court. (See Letter to Mr. Minott, attached hereto as **Exhibit A**). Mr. Minott's last known address is:

5074 Dogwood Hills Drive

Sugar Hill, Georgia 30518

Mr. Minott's phone number is:

(678) 379-8526

Moreover, and pursuant to O.C.G.A. § 15-19-14, Johnny G. Phillips and Law Offices of Shane Smith, P.C., hereby notify the Court and all parties, including their respective agents, of the filing of this lien in the amount of $1,647.00 for outstanding advanced litigation expensed against any recovery, settlement, and/or judgment reached or obtained at any point in connection with the above-styled lawsuit and/or the subject matter of the above-styled lawsuit, to wit, Plaintiff's claims for damages arising out of a vehicle collision with Defendant that occurred on June 15, 2013.

Respectfully submitted this 27th day of January, 2016.

/s/ Johnny G. Phillips
JOHNNY G. PHILLIPS
Georgia Bar No. 382150
Counsel for Plaintiff

**LAW OFFICE OF JOHNNY PHILLIPS, P.C.**
37 Calumet Parkway
Building K, Suite 202
Newnan, GA 30263
P: (404) 487-0184
F: (404) 487-0183
Johnny@johnnyphillipslaw.com

-3-

The undersigned counsel certifies that the foregoing *First Amended Notice of Termination and Attorney's Lien* has been prepared with one of the font and point selections approved by the court in LR 5.1B.

/s/ Johnny G. Phillips
JOHNNY G. PHILLIPS

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I electronically filed the *First Amended Motion to Withdrawal as Counsel and Notice of Termination and Attorney's Lien* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

Michael N. Loebl
Fulcher Hagler, LLP
PO Box 1477
Augusta, GA 30903-1477

Mr. Basil Minott
5074 Dogwood Hills Drive
Sugar Hill, Georgia 30518

/s/ Johnny G. Phillips
JOHNNY G. PHILLIPS
Georgia Bar No. 846650
Attorney for Plaintiff

LAW OFFICE OF JOHNNY PHILLIPS, P.C.
37 Calumet Pkwy, Bldg. K, Ste. 202
Newnan, GA 30263
(404) 487-0184
johnny@johnnyphillipslaw.com

The undersigned counsel certifies that the foregoing *Certificate of Service* has been prepared with one of the font and point selections approved by the court in LR 5.1B.

/s/ Johnny G. Phillips
JOHNNY G. PHILLIPS