3379 Peachtree Road, N.E.  
Suite 555  
Atlanta, Georgia 30326  

Phone: 404-487-0184  
Fax: 404-487-0183  



37 Calumet Parkway  
Building K, Suite 202  
Newnan, Georgia 30263  

Phone: 770-683-1934  
Fax: 404-487-0183  

**LAW OFFICE OF**  
**JOHNNY PHILLIPS, P.C.**

January 27, 2016

Mr. Basil Minott  
5074 Dogwood Hills Drive  
Sugar Hill, Georgia 30518  

RE:   United States District Court, Civil Action: 3:16-cv-00003  
       Motor Vehicle Accident on June 15, 2013  

Dear Mr. Minott:

Please allow this letter to confirm receipt of your January 16, 2016, email to my office terminating my and Law Offices of Shane Smith's representation of you in this matter. Please be advised that you are required to keep the court updated with your current address and phone number. Additionally, there are strict time deadlines in place and which you have been provided in the copy of your file my office previously mailed to you. The first of these upcoming deadlines is on February 22, 2016, for the filing of the joint scheduling order. For your convenience, I have attached the court's scheduling order. Please communicate with the court and counsel in this matter as appropriate.

With all my best,

Johnny G. Phillips

Enclosures

